

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL GIORGAKIS, et ux., | * | Case No.: 93-3380 (MD)(1) |
| | * | Case No.: MDL-875 ~~(PAE)~~ |
| Plaintiffs | * | |
| | * | |
| v. | * | APR 0 5 2002 |
| | * | |
| ACandS, Inc., et al., | * | AT BALTIMORE |
| | * | CLERK U.S. DISTRICT COURT |
| Defendants | * | DISTRICT OF MARYLAND |

* * * * * * * * * *

O R D E R

1. On Motion of Foula Cejpek for substitution in place of Michael Giorgakis, deceased, it appearing to the Court that the said Michael Giorgakis died intestate on March 23, 1999; that the claim asserted by him in this action was not thereby extinguished; and that Foula Cejpek has been duly appointed Personal Representative of the Estate of Michael Giorgakis, and is qualified and is acting as such.

2. On Motion of Evangelia Giorgakis, plaintiff and surviving spouse of Michael Giorgakis, deceased, for the addition of her loss of consortium claim, it appearing to the Court that the said Michael Giorgakis died on March 23, 1999; that the Plaintiff, Evangelia Giorgakis, and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED,** that Foula Cejpek, Personal Representative of the Estate of Michael Giorgakis, be substituted as Plaintiff herein in place of Michael Giorgakis, deceased, without prejudice to any

(1)



proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Evangelia Giorgakis, Plaintiff and surviving spouse of Michael Giorgakis, be permitted to add her loss of consortium claim to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE
Charles R. Weiner

DATE: March 26, 2002

G:\WPFILES\2000DOCS.BSM\DOCBSM.016

(2)